UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT JOHNSON, | ) | |
| | ) | 2:09-cv-01763-GEB-DAD |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | (PRETRIAL SCHEDULING) |
| | ) | CONFERENCE; FED. R. CIV. |
| ROBERT M. ALEXANDER; DAVID W. | ) | P. 4(m) NOTICE |
| WISTROM; FLG HOLDINGS, LLC; ANDREW | ) | |
| M. HARRAGON; JOAN E. HARRAGON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

          The parties' Status Report filed September 8, 2009,

reveals this case is not ready to be scheduled.  Therefore, the

Status (Pretrial Scheduling) Conference set for September 21, 2009

is continued to November 30, 2009, at 9:00 a.m.  A further joint

status report shall be filed no later than (14 days prior).[1]

          Further, Plaintiff is **notified under Rule 4(m)** of the

Federal Rules of Civil Procedure **that any defendant not served with**

**process within the 120 day period prescribed in that Rule will be**

**dismissed as a defendant in this action unless Plaintiff provides**

**proof of service and/or "shows good cause for the failure" to serve**

---

[1]     The failure of one or more of the parties to participate in
the preparation of the Joint Status Report does not excuse the other
parties from their obligation to timely file a status report in
accordance with this Order.  In the event a party fails to participate
as ordered, the party timely submitting the status report shall include
a declaration explaining why it was unable to obtain the cooperation of
the other party or parties.

1 **within this prescribed period in a filing due no later than 4:00**

2 **p.m. on** October 26, 2009.

3       IT IS SO ORDERED.

4 Dated:  September 18, 2009

5

6 _____
  GARLAND E.  BURRELL,  JR.

7   United States District Judge