IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. ALEXANDER, individually ) <br> and d/b/a Robert M. Alexander, ) <br> D.D.S., MS; David W. Wistrom, ) <br> individually and d/b/a David W. ) <br> Wistrom, D.D.S.; FLG Holdings, ) <br> LLC, a California limited ) <br> liability company; ANDREW M. ) <br> HARRAGON, individually and as ) <br> Trustee of the Harragon Family ) <br> Trust created November 8, 1999; ) <br> JOAN E. HARRAGON, indvidually and ) <br> as Trustee of the Harragon Family ) <br> Trust Created November 8, 1989, ) <br> ) <br> Defendants. ) | 2:09-cv-01763-GEB-DAD <br><br> ORDER RE: SETTLEMENT <br> AND DISPOSITION |

On November 16, 2009, Plaintiff filed a Notice of Settlement in which Plaintiff states "the parties have settled this action." Therefore, a dispositional document shall be filed no later than December 7, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1  The status conference scheduled for November 30, 2009 is
2  continued to commence at 9:00 a.m. on January 19, 2010, in the event
3  no dispositional document is filed, or if this action is not
4  otherwise dismissed.  Further, a joint status report shall be filed
5  fourteen days prior to the status conference.[1]
6  IT IS SO ORDERED.

Dated:  November 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).